*Messrs. Craig Van Meter* and *Fred H. Kelly* for respondents.

No. 233. PENN, DOING BUSINESS AS SUPERLITE COMPANY, ET AL. *v.* NOVADEL-AGENE CORPORATION. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Samuel E. Darby, Jr., Robert A. Ritchie,* and *Louis D. Fletcher* for petitioners. *Messrs. Drury W. Cooper* and *Brady Cole* for respondent.

No. 234. OMAHA PACKING Co. *v.* PITTSBURGH, FORT WAYNE & CHICAGO RAILWAY Co. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John S. Lord* and *Austin V. Clifford* for petitioner. *Messrs. Frederic D. McKenney, Silas H. Strawn, Frank J. Loesch, John D. Black, Edward M. Burke,* and *David L. Dickson* for respondents.

No. 236. CLARKE *v.* BARCLAY PARK CORP. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *John T. Clarke, pro se. Mr. Russell C. MacFall* for respondent.

No. 237. WHEAT *v.* FORD MOTOR Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Martin J. O'Donnell* for petitioner. *Mr. Frank Parker Davis* for respondent.

No. 240. HANSON *v.* LEHIGH VALLEY RAILROAD Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.